UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BENJAMIN,<br>   Plaintiff,<br>  v.<br>WILINE NETWORKS, INC.,<br>   Defendant. | Case No. 17-cv-06118-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 23 |

On February 14, 2018, the Court issued an order requiring supplemental briefing from Plaintiff Abdul Benjamin regarding the amount in controversy. (Dkt. No. 23.) Plaintiff's filing was due by February 23, 2018. As of the date of this order, however, Plaintiff has not responded to the order requiring supplemental briefing.

Accordingly, the Court ORDERS Plaintiff to show cause why Plaintiff's motion to remand should not be denied due to Plaintiff's failure to comply with the Court's order, by **March 9, 2018**, by: (1) responding to the February 14, 2018 order requiring supplemental briefing, and (2) explaining why Plaintiff failed to comply with the February 23, 2018 deadline. Failure to do so may result in the Court imposing sanctions for failing to comply with court orders.

IT IS SO ORDERED.

Dated: February 28, 2018

            _____
            KANDIS A. WESTMORE
            United States Magistrate Judge