UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BENJAMIN,<br>　　　　Plaintiff,<br>　　v.<br>WILINE NETWORKS, INC.,<br>　　　　Defendant. | Case No. 17-cv-06118-KAW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; GRANTING IN PART REQUEST TO CONTINUE DISCOVERY DEADLINE** |

On March 26, 2019, the parties filed their joint case management conference statement, in which Plaintiff requested that the April 1, 2019 discovery deadline be continued by 60 days. (Dkt. No. 64 at 2.) On March 27, 2019, Defendant filed an opposition to the request, except that Defendant agreed to extend the deadline to April 4, 2019. (Dkt. No. 65.)

The Court notes that on January 30, 2019, the parties agreed to focus on discovery necessary for productive settlement discussions at the April 4, 2019 settlement conference, and to schedule all other discovery so that it could be completed in the two weeks immediately following the settlement conference should the case not settle. (Dkt. No. 56.) The parties were warned that the Court would be unlikely to grant an extension of the discovery deadline beyond that point. (*Id.*)

Accordingly, the Court GRANTS the request to extend the deadline in part. The parties shall complete all discovery necessary for the settlement conference by April 4, 2019. All remaining fact discovery shall be completed by April 15, 2019 should the case not settle. The Court does not find good cause to extend the discovery deadline further; to the extent Plaintiff points to the pending discovery letter, the discovery letter has been filed and the dispute preserved. Similarly, while Plaintiff states that fact discovery has been delayed due to travel and scheduling

conflicts, Plaintiff provides no specific information that would warrant extending the deadline by 60 days.

The parties also request that the April 2, 2019 case management conference be continued. (Dkt. No. 64 at 3.) In light of the April 4, 2019 settlement conference, the Court CONTINUES the case management conference to **May 7, 2019** at **1:30 p.m.** Updated joint case management conference statements must be filed by April 30, 2019. The joint case management conference statement should be reviewed by **both** parties prior to filing.

IT IS SO ORDERED.

Dated: March 28, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge