NA'IL BENJAMIN (SBN 240354)
ALLYSSA VILLANUEVA (SBN 312935)
BENJAMIN LAW GROUP, P.C.
1290 B Street, Suite 314
Hayward, CA 94541
Telephone: (510) 897-6697
Facsimile: (415) 349-3334
nbenjamin@benjaminlawgroup.com
Attorneys for Plaintiff ABDUL BENJAMIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BENJAMIN, | Case No. 4:17-cv-06118-KAW |
| Plaintiff(s), | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION WITH PREJUDICE PURSUANT TO THE COURT'S ORDER APRIL 4, 2019 ORDER** |
| vs. | |
| WILINE NETWORKS, INC., and DOES 1-50, inclusive, | |
| Defendant(s). | |

The Court hereby dismisses this entire action with prejudice pursuant to Plaintiff's Dismissal request as directed by this Court's April 4, 2019 Order.

IT IS SO ORDERED.

Dated: 5/24/19    By: *Kandis Westmore*

[PROPOSED] Dismissal Order    Case No. 4:17-cv-06118-KAW